**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-2097**

———————

DENNIS M. ROACH,

Plaintiff - Appellant,

versus

WARREN BURKHART,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of South Carolina, at Anderson.  G. Ross Anderson, Jr., District Judge.  (CA-96-2755-8-13AK)

———————

Submitted:  December 11, 1997      Decided:  December 23, 1997

———————

Before HALL and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Dennis M. Roach, Appellant Pro Se.  Bradley Alan Norton, BALLENGER, FEDDER, CAIN & NORTON, Seneca, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his civil action as barred by the statute of limitations. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Roach v. Burkhart, No. CA-96-2755-8-13AK (D.S.C. July 15, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED